# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

**ROBERT EARL COUNCIL,**
    Plaintiff,

**v.**

**CORDARO MELTON, et al.,**
    Defendants.

**Case No. 2:22-cv-08-CLM-HNJ**

## ORDER

The court has been advised that Plaintiff Robert Earl Council and Defendants Cordaro Melton, Joe Binder, Geoffrey Griffin, Kenneth Peters, and Phyllis Morgan have reached a settlement agreement. So the court **DISMISSES WITHOUT PREJUDICE** Council's claims against Melton, Binder, Griffin, Peters, and Morgan pending completion of final settlement documentation.

The court **DIRECTS** the Clerk to terminate Melton, Binder, Griffin, Peters, and Morgan as Defendants.

Council's claims against Wexford Health Services, Inc. remain pending.

**Done** and **Ordered** on November 10, 2022.

_____
**COREY L. MAZE**
UNITED STATES DISTRICT JUDGE