FILED

2023 Jan-13  AM 11:54
U.S. DISTRICT COURT
N.D. OF ALABAMA

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | | |
|---|---|---|
| **ROBERT EARL COUNCIL,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **Civil Action No.:** |
| **v.** | ) | **2:22-cv-00008-CLM-HNJ** |
| | ) | |
| **CORDARO MELTON, et al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

## JOINT RESPONSE TO COURT'S ORDER OF JANUARY 9, 2023 [DOC. #54]

COME NOW the Plaintiff, Robert Earl Council, and Defendant, Wexford Health Sources, Inc., and in response to this Court's Order of January 9, 2023 [Doc. #54], state as follows:

On January 9, 2023, this Court entered an Order requesting the parties to inform the Court as to why this matter should continue to be stayed.

Counsel for Wexford has forwarded the medical chart of Mr. Council to Council's attorneys.

Mr. Council's attorneys are currently attempting to make an appointment with the Alabama Department of Corrections (ADOC) to visit with Mr. Council and determine Mr. Council's position going forward with regard to the remaining claims. Mr. Council's attorneys have been unable to discuss this matter with him by telephone because he has not received mail sent to him by counsel, including a package with the medical chart.

The parties request that this matter remain stayed until such time as Mr. Council's attorneys are able to visit with Mr. Council and go over the remaining claims and the medical chart of Mr. Council.

Respectfully Submitted,

s/*Philip G. Piggott*
Philip G. Piggott (ASB-4379-P67P)
WEBSTER HENRY, P.C.
Two Perimeter Park South
Suite 445 East
Birmingham, AL 35243
Telephone:  (205) 986-4400
Fax:  (205) 380-3485
E-mail:  ppiggott@websterhenry.com
*Attorney for Defendant,  Wexford Health Sources, Inc.*

s/*David Gespass*
GESPASS & JOHNSON
40 Echo Lane
Fairhope, AL 36532
Telephone: (205) 566-2530
Fax: (205) 323-5990
E-mail: pass.gandjlaw@gmail.com
*Attorney for Plaintiff, Robert Earl Council*

## CERTIFICATE OF SERVICE

I hereby certify that on January 13, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF filing system, which will send notification of such filing to all parties of record

Tara Smelley Hetzel
ALABAMA OFFICE OF THE ATTORNEY GENERAL
501 Washington Avenue
Montgomery, AL 36130-0152
334-242-7374

2

Fax: 3343538400
Email: Tara.Hetzel@alabamaag.gov




Terri Olive Tompkins
ROSEN HARDWOOD
2200 Jack Warner Parkway, Suite 200
Tuscaloosa, AL 35401
205-344-5000
Fax: 205-758-8358
Email: ttompkins@rosenharwood.com

Christian Alexandra Montgomery
ROSEN HARWOOD
2200 Jack Warner Parkway Suite 200
Tuscaloosa, AL 35401
205-344-5000
Fax: 205-758-8358
Email: amontgomery@rosenharwood.com

Tiffany N Johnson-Cole
LAW OFFICES OF ROBERT SIMMS THOMPSON PC
308 North Elm Street
Tuskegee, AL 36083
334-727-6463
Fax: 334-727-5746
Email: spelmanite@hotmail.com

Albert L Jordan
WALLACE JORDAN RATLIFF & BRANDT LLC
800 Shades Creek Parkway, Suite 400
P O Box 530910
Birmingham, AL 35209
205-870-0555
Fax: 205-871-7534
Email: bjordan@wallacejordan.com

Mary Alexandra Underwood
WALLACE JORDAN RATLIFF & BRANDT LLC
First Commercial Bank Building

3

800 Shades Creek Parkway, Suite 400
PO Box 530910
Birmingham, AL 35253
205-874-0311
Email: aunderwood@wallacejordan.com


Thomas A McKnight , Jr
WALLACE JORDAN RATLIFF & BRANDT LLC
800 Shades Creek Parkway
Suite 400
P O Box 530910
Birmingham, AL 35253
205-870-0555
Fax: 205-871-7534
Email: tmcknight@wallacejordan.com

 and I hereby certify that I have mailed by U. S. Postal Service the document to the following non-CM/ECF participants: None.

/s/ *Philip G. Piggott*
OF COUNSEL
