IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

**ROBERT EARL COUNCIL,**

    **Plaintiff**

    v.                                                                Case No. 2:22-cv-08-CLM-HNJ

**CORDARO MELTON, et al.,**

    **Defendants**

### STIPULATION OF DISMISSAL

The parties, through their undersigned counsel, stipulates pursuant to Rule 41(A)(ii), stipulate that this action is to be dismissed against the following defendants: Cordaro Melton, Joe Binder, Geoffrey Griffin, Kenneth Peters and Phyllis Morgan, each party to bear their own costs.

Specifically excluded from this stipulation is Wexford Health Services, Inc.

                                            /s/ David Gespass
                                    David Gespass
                                    GESPASS & JOHNSON
                                    40 Echo Lane
                                    Fairhope, AL 36532
                                    205-566-2530
                                    pass.gandjlaw@gmail.com

                                            /s/ Tiffany Johnson-Cole
                                    Tiffany Johnson-Cole
                                    Law Firm of Robert Simms
                                      Thompson, PC
                                    P.O. Box 830780
                                    Tuskegee, AL 36083-0780
                                    334-727-6463
                                    tnjohnsoncole@gmail.com
                                    Attorneys for Plaintiff

      /s/ Tara S. Hetzel
Tara S. Hetzel
Office of the Attorney General
501 Washington Avenue
Post Office Box 300152
Montgomery, AL 36130
Telephone: (334) 242-7300
Facsimile: (334) 353-8400
Email: tara.hetzel@alabamaag.gov
Attorney for Defendants Griffin,
Peters & Morgan

      /s/ Terri Olive Tompkins
Terri Olive Tompkins
Christian Alexandra Montgomery
Rosen Harwood, P.A.
2200 Jack Warner Parkway, Suite 200
Tuscaloosa, AL 35401
Telephone: (205) 344-5000
ttompkins@rosenharwood.com
amontgomery@rosenharwood.com
Attorneys for Defendant Joe Binder

      /s/ Thomas A. McKnight, Jr.
Thomas A. McKnight, Jr.
Albert L. Jordan
Alexandra Underwood
Wallace, Jordan, Ratliff
   & Brandt, L.L.C.
Post Office Box 530910
Birmingham, Alabama 35253
Voice: (205) 870-0555
Fax: (205) 871-7534
tmcknight@wallacejordan.com
bjordan@wallacejordan.com
aunderwood@wallacejordan.com
Attorneys for Defendant Melton

   /s/ Philip G. Piggott
Philip G. Piggott
Webster Henry Bradwell Cohan
Speagle & DeShazo, PC
2 Perimeter Park South
Suite 445E
Birmingham, AL 35243-2329
205- 986-4400
ppiggott@websterhenry.com
Attorney for Defendant Wexford
  Health Sources, Inc.