# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| ROBERT EARL COUNCIL, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 2:22-cv-00008-CLM-HNJ |
| ) | |
| WEXFORD HEALTH SERVICES, ) | |
| INC., ) | |
| ) | |
| Defendant. ) | |

## RULE 16 SCHEDULING ORDER

Based upon the parties' representations, the court hereby **LIFTS** the stay previously entered in this case. This order is entered under Federal Rule of Civil Procedure 16(b), based on the parties' report of planning meeting. (Doc. 58). This order supersedes any prior orders and governs further proceedings in this action unless modified for good cause shown.

1. **Initial Disclosures:** The parties shall have until **April 15, 2023**, to exchange the information required by Fed. R. Civ. P. 26(a)(1).

2. **Pleadings and Parties:** The parties shall have until **June 15, 2023**, to join additional parties or to amend the pleadings. Unless the party's pleading may be amended as a matter of course pursuant to Fed. R. Civ. P. 15(a), the party must file a Motion for Leave to Amend. Such Motion for Leave to Amend shall state, specifically, those matters the party wishes to add or delete and shall contain, attached as an exhibit, the complete and executed Amended Complaint or Amended Answer, which is suitable for filing. The Motion for Leave to Amend, with the attached amended pleading, shall be served in accordance with Fed. R. Civ. P. 5.

3. **Dispositive Motions:** All potentially dispositive motions, including *Daubert* motions, must be filed by **February 28, 2024**.

4. **Expert Testimony:** Reports from retained experts under Fed. R. Civ. P. 26(a)(2) are due:

    from Plaintiff by **September 30, 2023**;

    from Defendants by **October 30, 2023**.

5. **Discovery Limitations and Cutoff:**

    (a) Unless modified by stipulation of the parties:

    **Depositions:** Maximum of 10 depositions by plaintiff and 10 by defendant each, each deposition limited to a maximum of 7 hours, inclusive of breaks except lunch, unless extended by agreement of the parties or the court orders otherwise. Depositions of retained experts are to be taken within 30 days of disclosure.

    **Interrogatories:** Maximum of 40 interrogatories by each party to any other party. Responses due 30 days after service.

    **Requests for Production:** Maximum of 30 requests for production by each party to any other party without prior approval of the Court. Responses due 30 days after service.

    **Requests for Admission:** Maximum of 30 requests for admission by each party to any other party. Responses due 30 days after service.

    (b) Unless modified by court order for good cause shown:

    **Supplementation:** Supplementations under Rule 26(e) as provided by the Rule are to be submitted as soon as practicable after the need to supplement arises, but in no event later than thirty (30) days before discovery cut off.

    **Deadline:** All discovery must be commenced in time to be completed by **January 30, 2024**. The parties consent to the exchange of discovery and documents via electronic mail.

6. **Electronically Stored Information:** Unless modified by stipulation of the parties, to the extent it exists, relevant, non-privileged electronic information will be produced by the parties in either PDF or hardcopy format, to enable the parties to exchange discoverable information without undue burden or costs. If a requesting party would like to obtain relevant, non-privileged electronic information in a format other than PDF or hard copy then the parties will meet and confer regarding whether the producing party, if possible, can produce that item of ESI in a form with related metadata, if any, or whether any other information may satisfy the receiving party's concern. If the parties are unable to resolve such issues, either party may seek ruling by the Court regarding such information and its format.

7. **Privileged Material:** Unless modified by stipulation of the parties, the parties will resolve post-production claims of privilege or of protection as trial-preparation material as follows: If information is produced in discovery that is subject to a claim of privilege or protection as trial-preparation material, then the party making the claim should notify any party that received the information of the claim and the basis for it. After being notified, unless there has been an undue delay in the assertion of the claim, the receiving party will promptly return, sequester, or destroy the specified information and any copies thereof and is prohibited from using or disclosing the information. If there has been an undue delay in the assertion of the claim or if the receiving party challenges the claim, the receiving party may promptly present the information to the Court under seal for a determination of the claim. In such a situation, the receiving party is prohibited from using or disclosing the information unless determination of waiver is made by the Court. If a receiving party disclosed the information before being notified of the claim, it must take reasonable steps to retrieve the information and any copies thereof from anyone to whom the information was disclosed.

8. **Final Lists:** The court will establish deadlines for the exchange of final witness and exhibit lists at the pretrial conference.

9. **Trial:** The parties shall be ready for trial to be scheduled on or after **April 30, 2024**. Expected trial time: <u>3 days</u>. **<u>This is not an actual trial date; this is only the date on which the case will be considered ready for trial</u>**.

10. **Additional Orders:**

    (a) **<u>Settlement Exploration:</u>** The parties shall conduct an in-person settlement conference no later than thirty (30) days after the close of discovery. Within five

3

(5) days of this conference, counsel shall separately and confidentially send an email to chambers at johnson_chambers@alnd.uscourts.gov, stating only whether a settlement was reached and, if not, whether the parties are amenable to mediation. A pretrial conference will be scheduled in a separate order after the deadline for dispositive motions.

(b) **Pretrial Conference.** Final pretrial conference in this case will be scheduled by separate order. All lead counsel for the parties are directed to be personally present.

Except as expressly modified by the above, the stipulations, limitations, deadlines and other agreements set forth in the report of the parties shall apply in this case.

**DONE** and **ORDERED** this 13th day of April, 2023.

_____
HERMAN N. JOHNSON, JR.
UNITED STATES MAGISTRATE JUDGE