FILED
MAR 26 2025
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA

Original

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

ROBERT EARL COUNCIL,
    Plaintiff,

v.

WEXFORD HEALTH SOURCES, INC.,
    Defendant.

Case No.: 2:22-cv-08-CLM-HNJ

## JURY VERDICT FORM

**Count 1 – Deliberate Indifference to Serious Medical Needs**
(Jury Instructions, pp. 5-7)

### Did Council prove by a preponderance of the evidence:

1. That Council had a serious medical need? **YES**     NO

2. That Rahming knew that Council had a serious medical need that posed a risk of serious harm? **YES**     NO

3. That Rahming failed to provide necessary medical care for Council's serious medical need? **YES**     NO

4. That Rahming knew that his failure to provide necessary medical care for Council's serious medical need put Council at substantial risk of serious harm? **YES**     NO

5. That Rahming's conduct caused Council's injuries? **YES**     NO

*If you answered "No" to any of Questions 1-5, this ends your deliberations, and your foreperson should sign and date the last page of the verdict form.*

*If your answer to Questions 1, 2, 3, 4, and 5 is "Yes," answer Question 6 below.*

## Damages
(Jury Instructions, pp. 7-8)

6. Do you find by a preponderance of the evidence that Council has proved that he suffered more than a minimal physical injury?

    (YES)    NO

*If you answer "Yes," answer Question 7.*
*If you answer "No," skip Question 7 and answer Question 8.*

7. If you answered "Yes" to Question 7, determine the amount of damages to award for the following categories of damages:

    Council's physical pain and suffering:    $ 50,000 

8. If your answer to Question 6 was "No," or if you awarded Council $0 in Question 7, do you find that Council is entitled to $1 in nominal damages?

    YES    NO

**Punitive Damages**

9. Do you find that Council has proved by a preponderance of the evidence that Wexford acted with malice or reckless indifference to Council's federally protected rights?

    (YES)    NO

*If you circled "no," have the foreperson sign and date the verdict form.*
*If you circled "yes," determine the amount of punitive damages below.*

    Punitive Damages:    $ 150,000

SO SAY WE ALL.

DATE: 03-26-2025

███████████████

Foreperson's Signature

3