# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **ROBERT EARL COUNCIL,**<br>    Plaintiff,<br><br>v.<br><br>**WEXFORD HEALTH SOURCES, INC.,**<br>    Defendant. | Case No.: 2:22-cv-08-CLM-HNJ |

## FINAL JUDGMENT

On March 26, 2025, a jury returned a verdict in favor of Plaintiff Robert Earl Council and against Defendant Wexford Health Sources, Inc. (Doc. 112). In consideration of the jury's verdict, the court **ENTERS FINAL JUDGMENT** in favor of Council in the amount of $50,000.00 in compensatory damages for Council's pain and suffering and $150,000.00 in punitive damages.

Costs taxed against Wexford.

The court **DIRECTS** the Clerk of Court to close this case.

**DONE** and **ORDERED** on March 27, 2025.

_Corey L. Maze_
**COREY L. MAZE**
UNITED STATES DISTRICT JUDGE